55 A.3d 1042

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nicholas PAZ, Petitioner.**

**No. 90 EM 2012.**

Supreme Court of Pennsylvania.

Aug. 23, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

55 A.3d 1042

**William OLIVER, pro se, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 91 EM 2012.**

Supreme Court of Pennsylvania.

Aug. 23, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Application for Extraordinary Relief is **DENIED.**